Case: 1:26-mj-00074
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 4/10/2026
Description: COMPLAINT W/ARREST WARRANT

## Statement of Offense

On April 7, 2026, at approximately 2311 hours EST, uniformed officers of the Metropolitan Police Department ("MPD") responded to a radio call about a person with a firearm at 1100 2nd Place SE, Washington, D.C.  At approximately 2311 hours EST an individual called 911 stating that the police needed to "hurry up and come" because a black male with a "red coat" and black pants was "standing with a gun" and "waiving a gun" in front of 1100 2nd Place SE.  Off-duty MPD Officer Christopher John was in uniform and driving an MPD cruiser when he heard the First District Dispatch broadcast a lookout at approximately 2312 hours EST for a black male with a gun wearing a red jacket and black pants in the area of the 1100 block of 2nd Place SE.

At approximately 2314 hours EST, Officer John observed Aaron Keith Ashe, Jr. ("Defendant") matching the lookout description wearing a red jacket and black pants was walking westbound in the 200 block of L Street SE, near 1100 2nd Place SE.  Officer John attempted to initiate a voluntary interaction with Defendant when another MPD marked cruiser arrived. Defendant fled on foot toward 2nd Street SE, through a park area.  Officers gave chase and apprehended Defendant in the 200 block of M Street SE.

Law enforcement handcuffed Defendant's right hand while conducting a protective pat down search of Defendant's person.  During the pat down search MPD Officer Mohd Hossain recognized the shape of a firearm on Defendant's waistband from his law enforcement training and experience.  Officer Hossain also felt the Defendant's left hand placed on the firearm.  Law enforcement ordered Defendant to "let go" and "get off [of] the gun," to which Defendant did not do.  Law enforcement pepper sprayed Defendant.  Officer Hossain retrieved the firearm from Defendant's waistband.

1

The firearm recovered from the defendant was a Springfield Armory, model XD-S, Mod 2, 9mm caliber, semi-automatic handgun with serial number BY268788.  It appeared to be fully functional, able to expel a projectile by means of an explosive, had a barrel length of less than twelve inches, and had the ability to be fired by the use of a single hand.  The firearm was loaded with one round of ammunition in the chamber and 6 rounds in the magazine.  After the pistol was removed from the defendant's waistband, he was placed under arrest.  Law enforcement also located a Washington, D.C. identification card from the defendant, which confirmed his identity as Aaron Keith Ashe.

At the time of arrest, law enforcement recovered a backpack that Defendant carried on his back.  A subsequent search of the backpack at the police station revealed the following items inside of a myler bag:

a. One plastic bag tied in a knot with a beige-off-white color wax-like substance inside, weighing 5 grams.  A field test of the substance had a positive color reaction for THC.

b. One plastic bag tied in a knot with a black, tar-like substance inside of the bag, weighing 3 grams.  A field test had a positive color reaction for Heroin.

c. One plastic bag tied in a knot with a white-powdery substance inside of the bag, weighing 1.4 grams.  A field test had a positive color reaction for Crack Cocaine.

d. One plastic bag tied in a knot with blue pills crushed inside of the bag, weighing 3.1 grams.  A field test had a positive color reaction for the presence of MDMA/Ecstasy.

Your Affiant knows that there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the recovered firearm and ammunition would have traveled in interstate commerce before they were recovered in the District of Columbia.

A criminal history check revealed that on January 15, 2020, Defendant was convicted of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1) in United States District Court for the District of Columbia, case number 1:19:-CR-00011, and sentenced to 27 months' imprisonment with 36 months of supervised release.  As such, on the date of his arrest in the instant case, the defendant was aware that he had been previously convicted of a crime that was punishable by more than one year.  This conviction also made the defendant ineligible to have a concealed pistol carry permit in the District of Columbia. Law enforcement queries revealed that Defendant does not currently have a license to carry a firearm in in the District of Columbia and the firearm recovered was not registered in the District of Columbia.

As such, your Affiant submits that probable cause exists to charge Aaron Keith Ashe, Jr. with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
POLICE OFFICER MOHD HOSSAIN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of April, 2026.*

_____
THE HONORABLE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

4